DONNALEE H. HUFFMAN, State Bar #60021
1417 "H" Street
Bakersfield, CA. 93301

Telephone: (661) 861-8065
Fax: (661) 861-9217

Attorney representing Petitioners

**LODGED**
MAR 2 9 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

FILED
2004 MAR 30 A 11 51
ORIGINAL
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DAVID RICHARDS, (Student), RENAE HALL, and DAVID L. RICHARDS<br>　　　　　Plaintiffs,<br><br>vs.<br><br>KERN COUNTY SUPERINTENDENT OF SCHOOLS and BEARDSLEY ELEMENTARY SCHOOL DISTRICT, DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. F-03-6754 OWW DLB<br><br>NOTICE OF SETTLEMENT IN THIS CASE AND REQUEST FOR DISMISSAL OF THE ENTIRE CASE (with prejudice) |

Plaintiffs, hereby State:

On March 22, 2004, Plaintiffs and Defendants herein have settled all issues in this case and therefore are requesting a dismissing all matters in said action with prejudice.

Pursuant to Rule 16-160, please enter this matter dismissed with prejudice.

DATED: March 25, 2004

BY _____
Donnalee H. Huffman, Attorney for Plaintiffs

IT IS SO ORDERED  3-30-04

_____
The Honorable Oliver W. Wagner, Judge Presiding

## PROOF OF SERVICE

I am a resident of and employed in Kern County, California. I am over the age of 18 years and not a party to the within action. My Business address is 1417 "H" Street, Bakersfield, CA 93301.

On March 26, 2004, I served the NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL (with prejudice) on behalf of the Plaintiffs, to the parties in this action by placing a true copy thereof in an envelope which was then sealed and addressed as follows:

Schools Legal Service
1300 – 17th Street, 7th Floor
Bakersfield, CA 93301
    Attn: Stacy Inman, Esq.

BY MAIL, As follows: I caused such sealed envelope, with postage thereof fully prepaid to be placed in the United States Mail at Bakersfield, California to each of the addressees listed above. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing stated in this declaration. (Code of Civ. Pro. Section 1013, 1013a).

BY FAXSIMILE MACHINE as follows: I transmitted a true copy thereof by facsimile machine, phone number 661/636-4843 to the Schools Legal Service from facsimile machine, phone number 661/861-9217.

I declare under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 26th day of March, 2004, at Bakersfield, CA 93301.

*Donnalee H. Huffman*, Declarant

```
                                                            plk
            United States District Court
                      for the
            Eastern District of California
                   March 31, 2004


            * * CERTIFICATE OF SERVICE * *


                              1:03-cv-06754


    Richards

       v.

    Kern Co Superintend
```

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 31, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
                              OWW DLB

    Donnalee H Huffman
    Law Office of Donnalee H Huffman
    1417 "H" Street
    Bakersfield, CA  93301

    Stacy Jo Lorraine Inman
    Schools Legal Service
    P O Box 2445
    1300 17th Street
    Bakersfield, CA  93303




                                   Jack L. Wagner, Clerk

                                   BY: /s/ Deputy Clerk
```